# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

THEODORE DAVID MENUT,

    Plaintiff,

v.                              CASE NO. 4:15cv169-RH/CAS

TENA M. PATE,
BERNARD R. COHEN, SR.,
and MELINDA N. COONROD,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's second report and recommendation, ECF No. 40, and the objections, ECF No. 45. I have reviewed de novo the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The second report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)." The clerk must close the file.

SO ORDERED on June 17, 2016.

                                        s/Robert L. Hinkle
                                        United States District Judge